James C. Brower, Respondent, *v.* Leopold Kahn, Appellant, Impleaded with Others.

*Appearance by attorney — when set aside, when not.*

The appearance of a duly admitted attorney of the court is *prima facie* good.

Where it is shown that an attorney who appeared in an action was not authorized to appear therein, and that injustice will be done by allowing the appearance to stand, the court, upon the application of a party whose rights are imperilled, will take adequate measures for their protection; but where an unauthorized appearance works no injury, a motion to strike it from the record is properly denied.

APPEAL by the defendant, Leopold Kahn, from an order of the Supreme Court, made at the Kings County Special Term on the 2d day of August, 1893, and entered in the office of the clerk of the county of Kings, denying the defendant's motion to vacate and set aside the notice of appearance on his behalf, and all proceedings upon said notice of appearance had against him.

*Emanuel J. Myers* and *Arthur A. Alexander*, for the appellant.

*William T. Gilbert* and *William H. Ford*, for the respondent.

PRATT, J.:

The appearance of a duly admitted attorney of the court is *prima facie* good. Where it is shown that he was not authorized to appear, and it is shown that injustice will be done by allowing the appearance to stand, the court, upon the application of a party whose rights are imperilled, will take adequate measures for their protection.

That is not this case. Kahn has no rights in the premises and no interest in the litigation.

If the facts which are shown in this application appeared upon the real property records he would not have been made a party to the litigation.

The appearance for him of the attorney does him no injury, and the motion to strike it from the record was properly denied.

The order must be affirmed, with ten dollars costs and disbursements.

DYKMAN, J., concurred; CULLEN, J., not sitting.

Order affirmed, with ten dollars costs and disbursements.